# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84    1/13/83    9/14/56    11/30/55 |
| Line 6 | Registration No(s). | RE 196-295    RE 153-380    Ep 102326    EU 418371 |
| Line 7 | Date(s) of Infringement | 9/9/16 |
| Line 8 | Place of Infringement | Cartoons Oyster Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Ignition |
| Line 3 | Writer(s) | Robert Kelly a/k/a R. Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs |
| Line 5 | Date(s) of Registration | 2/4/03 |
| Line 6 | Registration No(s). | PA 1-130-236 |
| Line 7 | Date(s) of Infringement | 7/23/16 |
| Line 8 | Place of Infringement | Cartoons Oyster Bar & Grill |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Play Something Country |
| Line 3 | Writer(s) | Terry McBride; Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Still Working For The Man Music, Inc.; Terry A. McBride, an individual d/b/a Turn Me On Music; Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 11/4/05 |
| Line 6 | Registration No(s). | PA 1-301-853 |
| Line 7 | Date(s) of Infringement | 9/9/16 |
| Line 8 | Place of Infringement | Cartoons Oyster Bar & Grill |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Gun Powder And Lead a/k/a Gunpowder And Lead |
| Line 3 | Writer(s) | Miranda Lambert; Heather Little |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Nashville Star Music, a Division of Reveille Music Publishing LLP; Carnival Music Company d/b/a Tiltawhirl Music |
| Line 5 | Date(s) of Registration | 7/2/07 |
| Line 6 | Registration No(s). | PA 1-387-084 |
| Line 7 | Date(s) of Infringement | 9/9/16 |
| Line 8 | Place of Infringement | Cartoons Oyster Bar & Grill |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Little White Church |
| Line 3 | Writer(s) | Karen Fairchild; Kimberly Schlapman; Phillip Sweet; Jimi Westbrook; Wayne Kirkpatrick |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Obed Wayne Kirkpatrick, an individual d/b/a Mad Mother Music |
| Line 5 | Date(s) of Registration | 12/3/10 |
| Line 6 | Registration No(s). | PA 1-722-900 |
| Line 7 | Date(s) of Infringement | 9/9/16 |
| Line 8 | Place of Infringement | Cartoons Oyster Bar & Grill |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | She's Country |
| Line 3 | Writer(s) | Bridgette Tatum; Danny Myrick |
| Line 4 | Publisher Plaintiff(s) | 3Ring Circus Music, LLC d/b/a Soulride Music; Round Hill Music LP d/b/a Round Hill Works; Bridgette Tatum Tweed d/b/a Cackalacki Twang |
| Line 5 | Date(s) of Registration | 12/7/09 |
| Line 6 | Registration No(s). | PA 1-670-811 |
| Line 7 | Date(s) of Infringement | 7/23/16 |
| Line 8 | Place of Infringement | Cartoons Oyster Bar & Grill |