RoS

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Broadcast Music, Inc., et al. <br><br> *Plaintiff(s)* <br> v. <br> Creative Dining Concepts, LLC d/b/a Cartoons Oyster Bar & Grill and Adam Klatenbach, Ind. <br><br> *Defendant(s)* | Civil Action No. 6:17-cv-03011-RK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam Kaltenbach
1614 South Glenstone Avenue
Springfield, Missouri 65804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric M. Walter
Armstrong Teasdale LLP
7700 Forsyth, Suite 1800
Saint Louis, Missouri 63105
(314) 621-5070
ewalter@armstrongteasdale.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/17/2017

/s/ Kerry Schroeppel
*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:17-cv-03011-RK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Adam Kaltenbach__
was received by me on *(date)* __1-19-17__ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because __no viable address available__

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-19-17__

__Therese M Cox__
Server's signature

__Therese M. Cox - P.P.S.__
Printed name and title

__2094 State Hwy EE, Highlandville, Mo 65669__
Server's address

Additional information regarding attempted service, etc:

Adam Keltenbach/ Cartoons Oyster Bar & Grill Notes

Went to Cartoons Oyster Bar & Grill @ 1614 S. Glenstone Avenue and was told by the bartender that it was under new management and that the new owners would be in later. We then went back and were told the new owners weren't actually going to be in so we served the MGR Brian who was 5'9 approximately 190 lbs. Blonde hair and about 45 yrs. of age.

Went to Black Bass Construction @ 332 S. Glenstone Avenue suite C but is now currently occupied by Great Southern Banks Calling Center. We then found an address in Strafford Missouri as 3925 N. Field Crest Lane but was unoccupied and currently had a for sale sign in the yard.