UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 6:17-CV-03011 |
| | ) | |
| CREATIVE DINING CONCEPTS, LLC d/b/a | ) | |
| CARTOONS OYSTER BAR & GRILL and ADAM | ) | |
| KALTENBACH, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Broadcast Music, Inc., et al, by and through their undersigned counsel, and hereby file their dismissal as to all claims against all parties in this matter without prejudice.

Dated: February 1, 2017

Respectfully submitted,

ARMSTRONG TEASDALE LLP

BY: /s/ Eric M. Walter
    Eric M. Walter    #47297MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    ewalter@armstrongteasdale.com

ATTORNEY FOR PLAINTIFFS